■ THE PEOPLE OF STATE OF NEW YORK ex rel. ALAN DALE, Appellant, v DAVID STALLONE et al., Respondents. [982 NYS2d 421]—Appeal from a judgment (denominated order) of the Supreme Court, Cayuga County (Mark H. Fandrich, A.J.), entered November 2, 2011 in a habeas corpus proceeding. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ.